# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oravec, Scott A. | U.S. District Court, District of Alaska | 08/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, part-time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Federal Building and U.S. Courthouse
101 12th Avenue, Room 332
Fairbanks, AK 99701-6283

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Oravec Law Group, LLC |
| 2. | President | Tanana Valley Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 08/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Oct 2019 | State of Alaska, Permanent Fund Distribution | $1,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Oct 2019 | State of Alaska, Permanent Fund Distribution |
| 2. 2019 | Doyon Utilities, Inc., Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 08/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient (formerly Sallie Mae Servicing Corp) | Student Loans | None |
| 2. MOHELA SoFi | Student Loans | M |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Oravec, Scott A.** | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABA Retirement Funds, 401(k); Small-Mid Cap Equity Fund R1 | B | Dividend | J | T | | | | | |
| 2. ABA Retirement Funds 401(k); Bond Core Plus Fund R1 | B | Dividend | J | T | | | | | |
| 3. ABA Retirement Funds, 401(k); Bond Index Fund R1 | A | Dividend | J | T | | | | | |
| 4. ABA Retirement Funds, 401(k); Stable Asset Return Fund R1 | A | Dividend | J | T | | | | | |
| 5. ABA Retirement Funds, 401(k); Large-Cap Equity Fund R1 | D | Dividend | K | T | | | | | |
| 6. ABA Retirement Funds, 401(k); All Cap Equity Fund R1 | B | Dividend | J | T | | | | | |
| 7. Two 529 Plans, T. Rowe Price, Univ. of Alaska College Savings Plan | A | Dividend | K | T | | | | | |
| 8. JP Morgan Chase; JP Morgan SmartRetirement 2035 R6, | A | Dividend | | | Sold | 03/01/19 | M | | |
| 9. Doyon Utilities, LLC 401(k); The Standard Stable Asset A | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 10. Doyon Utilities, LLC 401(k); Voya Intermediate Bond I | D | Dividend | L | T | Buy (add'l) | 03/19/19 | K | | |
| 11. Doyon Utilities, LLC 401(k); Vanguard 500 Index Admiral | D | Dividend | L | T | Buy (add'l) | 03/19/19 | K | | |
| 12. Doyon Utilities, LLC 401(k); Mainstay Large Cap Growth I | D | Dividend | K | T | Buy (add'l) | 03/19/19 | K | | |
| 13. Doyon Utilities, LLC 401(k); DFA US Large Cap Value I - see comment | C | Dividend | | | Buy (add'l) | 03/19/19 | J | | |
| 14. Doyon Utilities, LLC 401(k); DFA US Large Cap Value I - see comment | C | Dividend | | | Sold | 11/08/19 | K | | |
| 15. Doyon Utilities, LLC 401(k); Vanguard Equity Income Adm | B | Dividend | K | T | Buy | 11/08/19 | K | | |
| 16. Doyon Utilities, LLC 401(k); Hartford Midcap Y | B | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 17. Doyon Utilities, LLC 401(k); T.Rowe Price New Horizons | C | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oravec, Scott A. | 08/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Doyon Utilities, LLC 401(k); Oppenheimer Intern Growth Y | B | Dividend | | | Buy (add'l) | 03/19/19 | J | | |
| 19. Doyon Utilities, LLC 401(k); Oppenheimer Intern Growth Y | B | Dividend | | | Sold | 03/29/19 | K | | |
| 20. Doyon Utilities, LLC 401(k); Federated Intl Equity Is | C | Dividend | L | T | Buy | 03/29/19 | K | | |
| 21. Doyon Utilities, LLC 401(K); Wells Fargo Spec Mdcpval Ins | B | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 22. USAA Federal Savings Bank; Cash Accounts | A | Interest | K | T | | | | | |
| 23. ABA Retirement Funds, 401(k); 2035 Retirement Date Fund R1 | D | Dividend | J | T | | | | | |
| 24. ABA Retirement Funds, 401(k); Moderate Risk Fund R1 | B | Dividend | J | T | | | | | |
| 25. ABA Retirement Funds, 401(k); Small Mid Cap Index Equity Fund R1 | B | Dividend | J | T | | | | | |
| 26. LPL Financial, U.S. Bank N.A.; Cash Account | A | Interest | J | T | Buy | 09/18/19 | J | | |
| 27. Alaska USA Federal Credit Union; Cash Accounts | A | Interest | K | T | | | | | |
| 28. LPL Financial IRA; Optimum Large Cap Growth Instl CL | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 29. LPL Financial IRA; Optimum Large Cap Value Inst | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 30. LPL Financial IRA; Optimum Small Mid Cap Grow | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 31. LPL Financial IRA; Optimum Small Mid Cap Value | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 32. LPL Financial IRA; Optimum Instl Instl CL | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 33. LPL Financial IRA; Optimum Fixed Income Instl C | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts.

1. Fund renamed from "ABA Retirement Funds, 401(k); Small-Mid Cap Equity Fund" to "ABA Retirement Funds, 401(k); Small-Mid Cap Equity Fund R1"

2. Fund renamed from "ABA Retirement Funds, 401(k); Bond Core Plus Fund" to "ABA Retirement Funds, 401(k); Bond Core Plus Fund R1"

3. Fund renamed from "ABA Retirement Funds, 401(k); Bond Index Fund" to "ABA Retirement Funds, 401(k); Bond Index Fund R1"

4. Fund renamed from "ABA Retirement Funds, 401(k); Stable Asset Return Fund" to "ABA Retirement Funds, 401(k); Stable Asset Return Fund R1"

5. Fund renamed from "ABA Retirement Funds, 401(k); Large-Cap Equity Fund" to "ABA Retirement Funds, 401(k); Large-Cap Equity Fund R1"

6. Fund renamed from "ABA Retirement Funds, 401(k); All Cap Equity Fund" to "ABA Retirement Funds, 401(k); All Cap Equity Fund R1"

7. "University of Alaska College Savings Plan", ACT Portfolio.

8. JP Morgan Chase, JP Morgan smartretirement 2035 R6, JPMCB stable asset income F; This asset 'rolled over' from JP Morgan on March 1, 2019. Rollover contribution credited on March 19, 2019 distributed to items 9, 10, 11, 12, 13, 16, 17, 18, 21.

13. Fund renamed from "Doyon Utilities, LLC 401(k); DFA US Large Cap Growth I" to "Doyon Utilities, LLC 401(k); DFA US Large Cap Value I"

14. Fund renamed from "Doyon Utilities, LLC 401(k); DFA US Large Cap Growth I" to "Doyon Utilities, LLC 401(k); DFA US Large Cap Value I"

23. Fund renamed from "ABA Retirement Funds, 401(k); 2035 Retirement Date Fund" to "ABA Retirement Funds, 401(k); 2035 Retirement Date Fund R1"

24. Fund renamed from "ABA Retirement Funds, 401(k); Moderate Risk Fund" to "ABA Retirement Funds, 401(k); Moderate Risk Fund R1"

25. Fund renamed from "ABA Retirement Funds, 401(k); Small Mid Cap Index Equity Fund" to "ABA Retirement Funds, 401(k); Small Mid Cap Index Equity Fund R1"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Scott A. Oravec**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544